# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| David L. Henegar *Plaintiff(s)* v. Georgia Correctional Healthcare, LLC, et al. *Defendant(s)* | **REISSUED** Civil Action No. 4:18-cv-192-HLM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* GEORGIA CORRECTIONAL HEALTH, LLC
Board of Regents for the University System of Georgia - Att Legal Affairs
270 Washington St., SW
Atlanta, GA 30334

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Zack W. Greenamyre
Mitchell & Shapiro LLP
3490 Piedmont Road, Suite 650
Atlanta, GA 30305
404-812-4751
zack@mitchellshapiro.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 9/13/2018

s/D. Burkhalter
*Signature of Clerk or Deputy Clerk*