UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| DAVID HENEGAR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 4:18-cv-00192-HLM |
| GEORGIA CORRECTIONAL | ) | |
| HEALTH, LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is the Consent Motion for Extension of Time to Serve and File Answer or Motion to Dismiss by Defendants Billy Nichols, Sharon Lewis, Cindy McDade, Charles Burke, Sherie Lee, Nurse Melton, Pamela Ballinger, Lieutenant Stroh, and Sergeant Keith. For good cause shown, the motion is **GRANTED**, and the moving defendants shall have through and including October 18, 2018 to answer or otherwise respond to the first amended complaint.

**SO ORDERED** this 3rd day of October, 2018.

_____
THE HONORABLE HAROLD L. MURPHY
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF GEORGIA