IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| DAVID HENEGAR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 4:18-cv-00192-HLM |
| GEORGIA CORRECTIONAL | ) | |
| HEALTH, LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is the Consent Motion for Extension of Time to Serve and File Answer or Motion to Dismiss by Defendant John Owensby. For good cause shown, the motion is **GRANTED,** and the moving defendant shall have through and including October 18, 2018 to answer or otherwise respond to the first amended complaint.

So Ordered this 4 day of Oct, 2018.

_____
HAROLD L. MURPHY
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF GEORGIA