IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| DAVID HENEGAR, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GEORGIA CORRECTIONAL HEALTH, LLC, ) <br> AUGUSTA UNIVERSITY, AUGUSTA ) <br> UNIVERSITY HEALTH, AUGUSTA ) <br> UNIVERSITY MEDICAL CENTER, INC., BILL ) <br> NICHOLS, SHARON LEWIS, CINDY MCDADE, ) <br> CHARLES BURKE, SHERIE L. LEE, NURSE ) <br> MELTON, UNKNOWN MEDICAL PROVIDERS, ) <br> WARDEN PAMELA BALLINGER, ) <br> LIEUTENANT STROH, SERGEANT KEITH, ) <br> UNKNOWN CORRECTIONAL OFFICERS, ) <br> CORNERSTONE MEDICAL CENTER, CHI ) <br> MEMORIAL, JOHN OWENSBY, CARRIE ) <br> PRITCHETT, MEGAN ARTHUR, and the STATE ) <br> OF GEORGIA, ) <br> ) <br> Defendants. ) <br> ) | Case No. <br><br> 4:18-cv-00192-HLM |

**CONSENT MOTION FOR EXTENSION OF TIME TO SERVE AND FILE ANSWER OR MOTION TO DISMISS**

DEFENDANTS Cornerstone Medical Center, Carrie Pritchett, and Megan Arthur (collectively "Movants"), through counsel and with the consent of the Plaintiff, respectfully submit this Motion for an extension of time to answer or

-1-

otherwise respond to the amended complaint in this action, showing the Court as follows:

1. The docket indicates that Movants were purportedly served with the first amended complaint on Saturday, September 15, 2018, making their answer or motion to dismiss due on Tuesday, October 9, 2018.

2. A question has arising regarding whether Movants were actually served as reflected in the docket, and Plaintiff has agreed to give Movants an additional two weeks to investigate this service of process issue and to prepare their answer or motion to dismiss.

3. Therefore, with the consent of Plaintiff, Movants request that the time for them to answer or otherwise respond to the amended complaint be extended through and including October 23, 2018.

WHEREFORE, Movants request that the Court grant this Motion and extend the time for them to answer or otherwise respond to the amended complaint through and including October 23, 2018. A proposed order is attached hereto as Exhibit "A."

[signature on following page]

This 5th day of October, 2018.

                                      Respectfully submitted,

                                      COLES BARTON LLP

                                      */s/ Aaron P.M. Tady*
                                      Matthew S. Coles
                                      Georgia Bar Number 178020
                                      Aaron P.M. Tady
                                      Georgia Bar Number 696273
                                      *Attorneys for Defendants Cornerstone*
                                      *Medical Center, Carrie Pritchett, and*
                                      *Megan Arthur*

150 South Perry Street, Suite 100
Lawrenceville, Georgia 30046
(770) 995-5552 – Telephone
(770) 995-5582 – Facsimile
mcoles@colesbarton.com
atady@colesbarton.com

# **CERTIFICATE OF SERVICE**

This is to certify that on this day, the __ day of October, 2018, I electronically filed the within and foregoing **Motion for Extension of Time to Serve and File Answer or Motion to Dismiss** and have served all parties who have appeared in this case using the CM/ECF System, which will automatically generate an e-mail notification of such filing to all the attorneys of record listed with the Clerk of Court.

This 5th day of October, 2018.

*/s/ Aaron P.M. Tady*
*Attorney for Defendants Cornerstone Medical Center, Carrie Pritchett, and Megan Arthur*

COLES BARTON LLP
150 South Perry Street, Suite 100
Lawrenceville, Georgia 30046
(770) 995-5552 – Telephone
(770) 995-5582 – Facsimile
mcoles@colesbarton.com
atady@colesbarton.com