IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| DAVID HENEGAR, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>GEORGIA CORRECTIONAL HEALTH, LLC, )<br>AUGUSTA UNIVERSITY, )<br>AUGUSTA UNIVERSITY HEALTH, )<br>AUGUSTA UNIVERSITY MEDICAL CENTER, )<br>INC., BILL NICHOLS, SHARON LEWIS, )<br>CINDY MCDADE, CHARLES BURKE, SHERIE L. LEE, )<br>NURSE MELTON, UNKNOWN MEDICAL PROVIDERS,)<br>WARDEN PAMELA BALLINGER, LIEUTENANT )<br>STROH, SERGEANT KEITH, UNKNOWN )<br>CORRECTIONAL OFFICERS, CORNERSTONE )<br>MEDICAL CENTER, CHI MEMORIAL, )<br>JOHN OWENSBY, CARRIE PRITCHETT, )<br>MEGAN ARTHUR, and the STATE OF GEORGIA, )<br>)<br>)<br>Defendants. ) | Civil Action No.<br><br>4:18-cv-192-HLM |

## ORDER

Before the Court is the Consent Motion for Extension of Time for filing responsive pleadings and brief in support thereof by CHI Memorial. For good cause shown, the motion is **GRANTED**, and CHI Memorial shall have through and including October 22, 2018 to answer or otherwise respond to the First Amended Complaint.

**SO ORDERED** this _5_ day of October, 2018.

THE HONORABLE HAROLD L. MURPHY
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF GEORGIA

843938.docx