IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| DAVID HENEGAR,<br><br>  Plaintiff,<br><br>v.<br><br>GEORGIA CORRECTIONAL HEALTH, LLC, AUGUSTA UNIVERSITY, AUGUSTA UNIVERSITY HEALTH, AUGUSTA UNIVERSITY MEDICAL CENTER, INC., BILL NICHOLS, SHARON LEWIS, CINDY MCDADE, CHARLES BURKE, SHERIE L. LEE, NURSE MELTON, UNKNOWN MEDICAL PROVIDERS, WARDEN PAMELA BALLINGER, LIEUTENANT STROH, SERGEANT KEITH, UNKNOWN CORRECTIONAL OFFICERS, CORNERSTONE MEDICAL CENTER, CHI MEMORIAL, JOHN OWENSBY, CARRIE PRITCHETT, MEGAN ARTHUR, and the STATE OF GEORGIA,<br><br>  Defendants. | Case No.<br><br>4:18-cv-00192-HLM |

## **ORDER**

Before the Court is the Consent Motion for Extension of Time to Serve and File Answer or Motion to Dismiss by Defendants Cornerstone Medical Center, Carrie Pritchett, and Megan Arthur. For good cause shown, the motion is

**GRANTED**, and the moving defendants shall have through and including Tuesday, October 23, 2018 to answer or otherwise respond to the first amended complaint.

So ordered this ___ day of October, 2018.

HAROLD L. MURPHY
U.S. DISTRICT JUDGE
NORTHERN DISTRICT OF GEORGIA