IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

DAVID HENEGAR,

   Plaintiff,

v.

GEORGIA CORRECTIONAL
HEALTH, et al.,

   Defendants.

CIVIL ACTION FILE NO.
4:18-CV-0192-HLM

## ORDER

This case is before the Court on the Motion to Stay Proceedings filed by Defendants the State of Georgia ("Defendant Georgia"), Georgia Correctional Healthcare ("Defendant GCHC"), Augusta University ("Defendant AU"), Augusta University Health ("Defendant AU Health"), Augusta University Medical Center ("Defendant AU Medical Center"), Billy Nichols ("Defendant Nichols"), Sharon Lewis ("Defendant Lewis"), Cindy McDade ("Defendant McDade"), Charles Burke

("Defendant Burke"), Sherie Lee ("Defendant Lee"), Mary Ann Melton ("Defendant Melton"), Pamela Ballinger ("Defendant Ballinger"), John Stroh ("Defendant Stroh"), and Jerome Keith ("Defendant Keith") (collectively, the "State Defendants") [46].

The State Defendants have moved to stay the proceedings in this action pending the resolution of their Motion to Dismiss. (Mot. Stay (Docket Entry No. 46).) Plaintiff has not yet had an opportunity to respond to the Motion. The Court, however, finds that no response from Plaintiff is necessary because any stay will not be lengthy and will not prejudice Plaintiff.

The Court finds that it is appropriate to grant some of the relief requested by the State Defendants. The Court will not stay this action in its entirety, but it will stay discovery in this matter, including initial disclosures, planning conferences, and the joint preliminary report and discovery plan under Federal Rules of Civil Procedure 16 and 26 and the Local Rules until the Court issued a ruling on the pending Motions to Dismiss. The Court

finds that granting this relief will promote judicial economy and reduce expenses and trouble for the Parties. The Court therefore grants in part the Motion to Stay.

ACCORDINGLY, the Court **GRANTS IN PART AND DENIES IN PART** the Motion to Stay [46]. The Court **DENIES** any portion of the Motion that requests that the Court stay this action in its entirety. The Court **GRANTS** the portion of the Motion that requests a stay of discovery, and it **STAYS** all discovery and discovery-related activities, including the initial disclosures, planning conferences, and joint preliminary report and discovery plan, required by Federal Rules of Civil Procedure 16 and 26 and the Local Rules, until the Court issues a ruling on the pending Motions to Dismiss.

IT IS SO ORDERED, this the 19 day of October, 2018.

_____
SENIOR UNITED STATES DISTRICT JUDGE