IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| DAVID HENEGAR, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 4:18-cv-00192-HLM |
| GEORGIA CORRECTIONAL HEALTH, LLC, et al., | |
| Defendants. | |

## ORDER

Defendants the State of Georgia, Georgia Correctional HealthCare, Augusta University, Augusta University Health, Augusta University Medical Center, Billy Nichols, Sharon Lewis, Cindy McDade, Charles Burke, Sherie Lee, Mary Ann Melton, Pamela Ballinger, John Stroh, and Jerome Keith have moved this Court for an extension of time within which to file their reply brief in support of their pending motion to dismiss until November 30, 2018, and have indicated that Plaintiff has no objection thereto. Having fully considered the matter and for good cause shown, the Court hereby **ORDERS** that these Defendants' motion be and is **GRANTED**. Their reply brief in support of their motion to dismiss shall be filed no later than November 30, 2018.

So ordered this 16th day of November, 2018.

_____
Hon. Harold L. Murphy
United States District Judge