IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| DAVID HENEGAR,<br><br>    Plaintiff,<br><br>v.<br><br>GEORGIA CORRECTIONAL HEALTH, LLC, AUGUSTA UNIVERSITY, AUGUSTA UNIVERSITY HEALTH, AUGUSTA UNIVERSITY MEDICAL CENTER, INC., BILL NICHOLS, SHARON LEWIS, CINDY MCDADE, CHARLES BURKE, SHERIE L. LEE, NURSE MELTON, UNKNOWN MEDICAL PROVIDERS, WARDEN PAMELA BALLINGER, LIEUTENANT STROH, SERGEANT KEITH, UNKNOWN CORRECTIONAL OFFICERS, CORNERSTONE MEDICAL CENTER, CHI MEMORIAL, JOHN OWENSBY, CARRIE PRITCHETT, MEGAN ARTHUR, and the STATE OF GEORGIA,<br><br>    Defendants. | Case No.<br><br>4:18-cv-00192-HLM |

## **ORDER**

Defendant John Owensby, D.O. has moved this Court for an extension of time within which to file his reply brief in support of his pending motion to dismiss until November 30, 2018, and have indicated that Plaintiff has no objection thereto. Having fully considered the matter and for good cause shown, the Court hereby

**ORDERS** that this Defendant's motion be and is **GRANTED**. His reply brief in support of his motion to dismiss shall be filed no later than November 30, 2018.

So ordered this 16 day of November, 2018.

_____
Hon. Harold L. Murphy
United States District Judge