IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| DAVID HENEGAR,<br><br>*Plaintiff,*<br><br>v.<br><br>CINDY MCDADE, JULIE HARRELL, SHERRI LEE, JOHN STROH, AND JEROME KEITH,<br><br>*Defendants.* | Case No. 4:18-cv-00192-HLM<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING MOTION FOR**
**EXTENSION OF TIME TO FILE NOTICE OF APPEAL**

Before this Court is David Henegar Jr.'s Unopposed Motion for an Extension of Time to File a Notice of Appeal. The Court, being duly apprised of the circumstances, and for good cause shown, **GRANTS** Mr. Henegar Jr.'s motion. The notice of appeal shall be due on or before November 29, 2021.

**SO ORDERED** this  28th  day of October, 2021.

_____
The Honorable Amy Totenberg
United States District Judge
Northern District of Georgia