# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | |
|---|---|
| BETTY WADE, as ANTICIPATED PERSONAL REPRESENTATIVE OF THE ESTATE OF DAVID HENEGAR,<br><br>*Plaintiff*,<br><br>v.<br><br>CINDY MCDADE, JULIE HARRELL, SHERRI LEE, JOHN STROH, AND JEROME KEITH,<br><br>*Defendants.* | )<br>)<br>)<br>)  Case No. 4:18-cv-00192-AMT<br>)<br>)<br>)<br>)  JURY TRIAL DEMANDED<br>)<br>)<br>)<br>) |

## NOTICE OF APPEAL

Notice is hereby given that Betty Wade, as anticipated Personal Representative of the Estate of David Henegar[1], hereby appeals to the United States Court of Appeals for the 11th Circuit from the final judgment granting motions for summary judgment filed by Defendants McDade, Harrell, Lee, Stroh, and Keith, and dismissing the action, entered in this action on September 30, 2021. ECF Nos. 168, 169.

Respectfully submitted,

/s/ Rachel Brady
Illinois Bar No. 6312402
*Attorney for Betty Wade, anticipated Personal Representative for the Estate of David Henegar*

---

[1] Mr. Henegar's family has begun the process of opening an Estate following Mr. Henegar's death on October 16, 2021. ECF No. 172 (Notice of Death). Ms. Wade, Plaintiff's sister, will serve as the Personal Representative of the Estate. Once the Estate is opened, undersigned counsel intends to file a motion under Federal Rule of Civil Procedure 25(a) to substitute as plaintiff Ms. Wade in her capacity as Personal Representative of the Estate. *See* FED. R. CIV. P. 25(a); O.C.G.A § 9-2-41.

Arthur Loevy
Mike Kanovitz
Rachel Brady
311 N. Aberdeen Street, Third Floor
Chicago, IL 60607
312-243-5900
brady@loevy.com

Zack Greenamyre
Georgia Bar No. 293002
Mitchell & Shapiro LLP
3490 Piedmont Road, Suite 650
Atlanta, GA 30305
404-812-4751
zack@mitchellshapiro.com

## **CERTIFICATE OF SERVICE**

I, Rachel Brady, an attorney, hereby certify that on November 29, 2021, I filed the foregoing Notice of Appeal using the Court's CM/ECF system, which effected electronic service on all counsel of record.

                                                   Respectfully submitted,

                                                   /s/ Rachel Brady
                                                   *One of Plaintiff's Attorneys*